**Bernard F. DEPALMA, Plaintiff–Appellant,**

v.

**NIKE, INC., Canstar Sports Group, Inc. (now known as Bauer Nike Hockey, Inc.), Canstar Sports USA (now known as Bauer Nike Hockey USA), and Sherwood Drolet Corporation, Defendants–Appellees.**

No. 01–1589.

United States Court of Appeals, Federal Circuit.

Nov. 30, 2001.

Before BRYSON, LINN, and DYK, Circuit Judges.

ON MOTION

DYK, Circuit Judge.

*ORDER*

Nike, Inc., Canstar Sports Group, Inc., Canstar Sports USA, and Sherwood Drolet Corporation (collectively Bauer) move to dismiss for lack of jurisdiction. Bernard F. DePalma originally opposed, but has withdrawn his opposition. Bauer replies. DePalma moves to stay proceedings. Bauer requests attorney fees and costs. DePalma opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Bauer's motion to dismiss is granted.

(2) DePalma's motion to stay is moot.

---

(3) Bauer's request for attorney fees is denied.

(4) Bauer's request for costs is granted pursuant to Fed. R.App. P. 39(a)(1).